**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Cr. No.: 95-0050-02 |
| | ) | |
| **Thakone Khounsavanh** | ) | |

**ORDER**

Upon the recommendation of Supervising U.S. Probation Officer Maureen Legault, and with the concurrence of the United States Attorney's Office, the warrant issued by this Court on April 22, 2005, is hereby withdrawn and all violation proceedings in this case are terminated.

Per Order,

Deputy Clerk

Entered:

Honorable Ernest C. Torres
Chief United States District Judge

Date: 7/21/05