PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

11/23/05

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | CR95-0050-02 |
| DOCKET NUMBER (Rec. Court) | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | Thakone Khounsavanh<br>1115 E. 19th Avenue, Lot 11<br>Winfield, Kansas 67156 |
| DISTRICT | Rhode Island |
| DIVISION | |
| NAME OF SENTENCING JUDGE | Re-Assigned: Honorable Ernest C. Torres |
| DATES OF PROBATION/ SUPERVISED RELEASE | FROM 09/21/01 TO 09/20/06 |

OFFENSE
Count 1: Conspiracy to Distribute Cocaine Base
Count 2: Possession with Intent to Distribute Cocaine Base

Attest to True Copy
DAVID A. DIMARZIO
By [signature] Deputy Clerk

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Judicial DISTRICT OF Rhode Island

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

7/21/05
*Date*

[signature: Ernest C. Torres]
*United Sates District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE Judicial DISTRICT OF Kansas

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/5/05
*Effective Date*

[signature]
*United States District Judge*